U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 1-28-00
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

(99-2525)

CALL DOCKET                                                SECTION: L

You are hereby notified that the following cases in which issue is not joined, or in which no action has taken place within the past 60 days will be called on <u>WEDNESDAY, FEBRUARY 16, 2000, AT 9:00 AM BY JUDGE ELDON E. FALLON,</u> and if no good cause be shown for such inaction, they will be dismissed:

| Case No. | Caption |
|---|---|
| 96-554 | JIMMIE DAUZAT V. DANEK MEDICAL, INC., ET AL |
| ORDERED: | |
| 97-133 | RAMIRO REYES, ET AL V. CARL SAZAN |
| ORDERED: | |
| 97-2024 | BD OF COMMISSIONERS OF PORT OF NO V. MV TUG KARCHE |
| ORDERED: | |
| 98-3368 | MITSUI & CO (USA), INC. V. MV ATLANTIC QUEEN, ET AL |
| ORDERED: | |
| 98-3507 | GULF COAST MUSIC LLC V. SAN JUAN MUSIC CO. |
| ORDERED: | |
| 99-360 | FISHERMAN'S NET AND SUPPLY CO., INC., ET AL V. LICH T. NGUYEN |
| ORDERED: | |
| 99-957 | USA V. UNIMAR MARITIME LTD., ET AL |
| ORDERED: | |
| 99-1344 | PAULA GRIFFIN, ET AL V. JEFFERSON PARISH SCHOOL BOARD, ET AL |
| ORDERED: | |
| 99-1386 | SCOTT COUNCE V. N. J. COLLINS, INC., ET AL |
| ORDERED: | |
| 99-2143 | THYSSEN, INC. V. MV K TOPAZ, ET AL |
| ORDERED: | |
| 99-2170 | INVERSIONES INMOBILIARIAS EL BOSQUE SA V. STEMCOR USA, INC. |
| ORDERED: | |
| 99-2201 | EPIC DIVERS, INC. V. CODE 3 INC., ET AL |
| ORDERED: | |
| 99-2251 | SUNDOWNER OFFSHORE SERVICES V. AMERICAN RESOURCES, ET AL |
| ORDERED: | |
| 99-2276 | JOSPEH COLEMAN V. OMEGA PROTEIN, INC. |
| ORDERED: | |
| 99-2296 | CARGILL FERROUS INTERNATIONAL V. MV DORINE, ET AL |
| ORDERED: | |
| 99-2297 | BETTY MANNING V. HOECHST MARION ROUSEL, ET AL |
| ORDERED: | |
| 99-2390 | USA V. DAVID WILLIAMS |
| ORDERED: | |
| 99-2453 | MARK BATISTE V. TOURO INFIRMARY HOSPITAL |
| ORDERED: | |

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.

CALL DOCKET - WEDNESDAY, FEBRUARY 16, 2000 - SECTION L  PAGE 2

| | |
|---|---|
| (99-2525) | KEVIN COLE V. STATE FARM AUTOMOBILE INS. CO., ET AL |
| ORDERED: | |
| 99-2776 | DANIEL D. CARNE, ET AL V. MORRIS DUNN, ET AL |
| ORDERED: | |
| 99-2937 | DEXTER D. STRAW V. WARNER CHILCOTT LABORATORIES, INC. |
| ORDERED: | |
| 99-3046 | ARTHUR OLIVER ANDRE III V. C & G WELDING, INC., ET AL |
| ORDERED: | |
| 99-3100&cc | CGU INSURANCE COMPANY, ET AL V. UNITED AIR, ET AL |
| ORDERED: | |
| 99-3185 | SERENA GRABERT V. NATIONWIDE STUDIOS, INC. |
| ORDERED: | |
| 99-3442 | LEO WASHINGTON V. CITY OF GRETNA, ET AL |
| ORDERED: | |
| 99-3454 | HELVETIA PATRIA VERSICHERUNGS AG V. MV SEALAND ATLANTIC |
| ORDERED: | |
| 99-3476 | SCOTTY FLYNN, ET AL V. AMOCO CORPORATION, ET AL |
| ORDERED: | |
| 99-3550 | ALBERT DOMANGUE V. SUPREME OFFSHORE SERVICES, INC. |
| ORDERED: | |
| 99-3558 | PAMELA EGAN, ET AL V. HEALTHCARE FINANCIAL ASSISTANCE |
| ORDERED: | |

JANUARY 28, 2000

GAYLYN M. LAMBERT
Courtroom Deputy - Section L
504-589-7686