U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 2-17-00
LORETTA G. WHYTE
CLERK

MINUTE ENTRY
FALLON, J.
FEBRUARY 16, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CALL DOCKET                    99-2525                    SECTION: L

The following cases were called this date to show cause why they should not be dismissed. After hearing, IT IS ORDERED that said cases be disposed of as follows:

| Case No. | Caption | |
|---|---|---|
| 96-554 | JIMMIE DAUZAT V. DANEK MEDICAL, INC., ET AL | |
| ORDERED: | PASSED UNTIL APRIL 1, 2000 | (Kevin Tully, Esq.) |
| 97-133 | RAMIRO REYES, ET AL V. CARL SAZAN | |
| ORDERED: | Issue Joined | |
| 97-2024 | BD OF COMMISSIONERS OF PORT OF NO V. MV TUG KARCHE | |
| ORDERED: | PASSED 30 DAYS. | (Phil Radecker, Esq.) |
| 98-3368 | MITSUI & CO (USA), INC. V. MV ATLANTIC QUEEN, ET AL | |
| ORDERED: | DISMISSED WITHOUT PREJUDICE. | (Rene Paysse, Esq.) |
| 98-3507 | GULF COAST MUSIC LLC V. SAN JUAN MUSIC CO. | |
| ORDERED: | DISMISSED WITHOUT PREJUDICE. | |
| 99-360 | FISHERMAN'S NET AND SUPPLY CO., INC., ET AL V. LICH T. NGUYEN | |
| ORDERED: | DISMISSED WITHOUT PREJUDICE. | |
| 99-957 | USA V. UNIMAR MARITIME LTD., ET AL | |
| ORDERED: | Issue Joined. | |
| 99-1344 | PAULA GRIFFIN, ET AL V. JEFFERSON PARISH SCHOOL BOARD, ET AL | |
| ORDERED: | Issue Joined. | |
| 99-1386 | SCOTT COUNCE V. N. J. COLLINS, INC., ET AL | |
| ORDERED: | PASSED 30 DAYS. | (James Cazalot, Esq.) |
| 99-2143 | THYSSEN, INC. V. MV K TOPAZ, ET AL | |
| ORDERED: | Issue Joined. | |
| 99-2170 | INVERSIONES INMOBILIARIAS EL BOSQUE SA V. STEMCOR USA, INC. | |
| ORDERED: | Motion & Order to Dismiss | |
| 99-2201 | EPIC DIVERS, INC. V. CODE 3 INC., ET AL | |
| ORDERED: | PASSED 60 DAYS. | (Scott Sonnier, Esq.) |
| 99-2251 | SUNDOWNER OFFSHORE SERVICES V. AMERICAN RESOURCES, ET AL | |
| ORDERED: | DISMISSED WITHOUT PREJUDICE. | |
| 99-2276 | JOSPEH COLEMAN V. OMEGA PROTEIN, INC. | |
| ORDERED: | Mtn. & Order to Pass 2 Weeks from 2-16-00. | |
| 99-2296 | CARGILL FERROUS INTERNATIONAL V. MV DORINE, ET AL | |
| ORDERED: | Mtn. & Order Passed 30 days from 2-16-00 | |
| 99-2297 | BETTY MANNING V. HOECHST MARION ROUSEL, ET AL (Chas. Gay, Esq) | |
| ORDERED: | CRESCENT CITY PHARMACEUTICALS, DISMISSED W/O PREJUDICE. | |
| 99-2390 | USA V. DAVID WILLIAMS | |
| ORDERED: | Notice of Voluntary Dismissal. | |

DATE OF ENTRY  2-17-00

___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc.No.

<u>CALL DOCKET - WEDNESDAY, FEBRUARY 16, 2000 - SECTION L</u>          PAGE 2

| | |
|---|---|
| 99-2453 | MARK BATISTE V. TOURO INFIRMARY HOSPITAL |
| ORDERED: | Waiver of Service & Summons sent 2-15-00. |
| (99-2525) | KEVIN COLE V. STATE FARM AUTOMOBILE INS. CO., ET AL |
| ORDERED: | PASSED 30 DAYS.                    (Jos. Messina, Esq.) |
| 99-2776 | DANIEL D. CARNE, ET AL V. MORRIS DUNN, ET AL |
| ORDERED: | Mtn. & Order Passed 60 days from 2-16-00. |
| 99-2937 | DEXTER D. STRAW V. WARNER CHILCOTT LABORATORIES, INC. |
| ORDERED: | PASSED 60 DAYS.                    (Thos. Gray, Esq.) |
| 99-3046 | ARTHUR OLIVER ANDRE III V. C & G WELDING, INC., ET AL |
| ORDERED: | Issue Joined. |
| 99-3100&cc | CGU INSURANCE COMPANY, ET AL V. UNITED AIR, ET AL |
| ORDERED: | PASSED 30 DAYS.                    (Randy Piedrahita, Esq.) |
| 99-3185 | SERENA GRABERT V. NATIONWIDE STUDIOS, INC. |
| ORDERED: | Waiver of Service executed. |
| 99-3442 | LEO WASHINGTON V. CITY OF GRETNA, ET AL |
| ORDERED: | All defendants served. |
| 99-3454 | HELVETIA PATRIA VERSICHERUNGS AG V. MV SEALAND ATLANTIC |
| ORDERED: | Issue Joined. |
| 99-3476 | SCOTTY FLYNN, ET AL V. AMOCO CORPORATION, ET AL |
| ORDERED: | Passed 30 days from 2-14-00 |
| 99-3550 | ALBERT DOMANGUE V. SUPREME OFFSHORE SERVICES, INC. |
| ORDERED: | Issue Joined. |
| 99-3558 | PAMELA EGAN, ET AL V. HEALTHCARE FINANCIAL ASSISTANCE |
| ORDERED: | PASSED 30 DAYS. |

[signature]