UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 26 PM 3: 13

LORETTA G. WHYTE
CLERK

|  |  |
|---|---|
| KEVIN COLE | CIVIL ACTION NO. 99-2525 |
|  | SECTION "L" |
| VS | MAGISTRATE DIV. #1 |
| STATE FARM AUTOMOBILE INSURANCE COMPANY, WILLIE DAVIS AND HOMER DAVIS | HON. JUDGE FALLON |
|  | HON. MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION AND ORDER OF DISMISSAL

**ON MOTION** of plaintiff, Kevin Cole, appearing herein through undersigned counsel, and on suggesting to this Honorable Court that the above entitled and numbered cause has been amicably settled and fully compromised, moves that same be dismissed, with full prejudice, each party to bear their own costs;

**IT IS ORDERED, ADJUDGED AND DECREED** that the above entitled and numbered cause be and the same is hereby dismissed, with full prejudice, each party to bear their own costs;

DATE OF ENTRY
SEP 2 8 2000

September 26th, 2000

**JUDGMENT READ, RENDERED AND SIGNED** at New Orleans, Louisiana, on this 26 day of Sept, 2000.

_____
**UNITED STATES DISTRICT JUDGE**

_____
JIM S. HALL #21644
1100 N. CAUSEWAY BLVD.
METAIRIE, LA  70001
(504) 832-3000